UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

v. CASE NO. 3:18cr44/MCR

JUSTIN B. LANE

_____/

## ACCEPTANCE OF PLEA OF GUILTY

Pursuant to the Report and Recommendation of the United States Magistrate Judge, to which there have been no timely objections, the plea of guilty of the Defendant, JUSTIN B. LANE, to Counts I, II, III, and IV, of the Indictment is hereby **ACCEPTED**. All parties shall appear before this Court for sentencing as directed.

**DONE and ORDERED** this 17th day of January 2019.

                 s/ *M. Casey Rodgers*
                 **M. CASEY RODGERS**
                 **UNITED STATES DISTRICT JUDGE**